UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CAROL VEAL                                    CIVIL ACTION

VERSUS                                        NO. 23-CV-1224-SDD-EWD

GEOVERA ADVANTAGE INSURANCE
SERVICES, INC.

### MOTION FOR ENTRY OF DEFAULT

**NOW INTO COURT,** comes Plaintiff, Carol Veal, through undersigned counsel, and respectfully moves this Honorable Court in accordance with Federal Rule of Civil Procedure 55(a) to grant this Motion for Entry of Default against Defendant, Geovera Advantage Insurance Services, Inc., for failure to file an Answer or otherwise provide responsive pleadings to Plaintiff's Complaint for Damages.

As evidenced by the return of service of process from the process server filed into the record of this proceeding (Doc. 7), the summons and complaints were served upon Defendant, who has failed to provide responsive pleading in the time allowed by law under Federal Rule of Civil Procedure 12(a)(1)(A)(i). Therefore, the failure of Defendant to timely respond warrant the court granting this Motion and entering a Default Judgment in favor of Plaintiff in the above captioned matter.

**WHEREFORE,** Plaintiff prays this Honorable Court deem his Motion sufficient and grant and entry of Default against defendants as authorized by Federal Rule of Civil Procedure 55 (a).

Respectfully submitted:

/s/ Mark Ladd
Mark R. Ladd (#30847)
mark@galindolaw.com
3850 North Causeway Blvd., Ste. 1520
Metairie, LA 70002
Phone: 713-228-3003

Fax:    713-228-3030
Cristobal Galindo P.C.
COUNSEL FOR PLAINTIFF