## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CAROL VEAL                                          CIVIL ACTION

VERSUS

GEOVERA ADVANTAGE                                   23-1224-SDD-EWD
INSURANCE SERVICES, INC.

### JUDGMENT

For the written reasons assigned:

Judgment is hereby entered in favor of Geovera Advantage Insurance Services,

Inc., and against Plaintiff Carol Veal.  This matter is dismissed without prejudice.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 5th day of March, 2025.

_Shelly D. Dick_

**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**